## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 20-01896 | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | INPHASTOS PLANT 01, LLC | Date Filed (f) or Converted (c): | 05/29/2020 (f) |
| For the Period Ending: | 06/30/2022 | §341(a) Meeting Date: | 07/14/2020 |
| | | Claims Bar Date: | 11/19/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Funds held in Chase, Bylenga Hulst, PLLC IOLTA | $18,962.07 | $0.00 | | $0.00 | FA |
| Asset Notes:   Subject to lien in favor of Huntington Bank | | | | | |
| 2  Security Deposit with M72 property landlord | $7,412.00 | $7,412.00 | | $334.96 | FA |
| 3  Accounts Receivable | $912,539.50 | $0.00 | | $0.00 | FA |
| Asset Notes:   May be subject to liens in favor of HNB and Joseph J. Kucik Trust | | | | | |
| 4  Building materials and lumber | $784,478.03 | $0.00 | | $0.00 | FA |
| Asset Notes:   May be subject to liens in favor of HNB and Joseph J. Kucik Trust | | | | | |
| 5  Office furniture and equipment | $81,100.32 | $0.00 | | $0.00 | FA |
| Asset Notes:   May be subject to liens in favor of HNB and Joseph J. Kucik Trust | | | | | |
| 6  Office computer equipment, communications systems, and software | $94,329.07 | $0.00 | | $0.00 | FA |
| Asset Notes:   May be subject to liens in favor of HNB and Joseph J. Kucik Trust | | | | | |
| 7  2015 Viking Trailer | $11,000.00 | $11,000.00 | | $0.00 | FA |
| 8  2012 Transcraft Trailer | $11,000.00 | $11,000.00 | | $6,825.00 | FA |
| Asset Notes:   p/o 9/29/20 DN 103 | | | | | |
| 9  2012 Transcraft Trailer | $11,000.00 | $11,000.00 | | $6,310.00 | FA |
| Asset Notes:   p/o 9/29/20 DN 51 | | | | | |
| 10  2014 John Evans Trailer | $11,000.00 | $11,000.00 | | $0.00 | FA |
| 11  2014 Mack 600 Tractor | $25,000.00 | $25,000.00 | | $0.00 | FA |
| 12  2007 Fontaine Trailer | $11,000.00 | $11,000.00 | | $0.00 | FA |
| 13  Other machinery, fixtures and equipment | $2,479,441.24 | $326,157.36 | | $0.00 | FA |
| 14  lease of warehouse at 6778 East Traverse Highway | $0.00 | $0.00 | | $0.00 | FA |
| **TOTALS (Excluding unknown value)** | **$4,458,262.23** | **$413,569.36** | | **$13,469.96** | **Gross Value of Remaining Asset $0.00** |

**Major Activities affecting case closing:**

06/23/2022    Accountant's fees paid; review for closing.  KMH
02/07/2022    Attorney working on resolving lien issues.  KMH

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-01896 | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | INPHASTOS PLANT 01, LLC | | Date Filed (f) or Converted (c): | 05/29/2020 (f) |
| For the Period Ending: | 06/30/2022 | | §341(a) Meeting Date: | 07/14/2020 |
| | | | Claims Bar Date: | 11/19/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 11/22/2021 | Parties are close to reaching a settlement that should resolve most, if not all, outstanding issues.  KMH |
| 06/29/2021 | Continue analyzing and pursuing the avoidance of claims of creditors.  KMH |
| 03/03/2021 | Collecting A/Rs, avoiding liens, and reviewing possible chapter 5 claims.  KMH |
| 11/16/2020 | Investigation continues.  KMH |
| 07/27/2020 | Continue to investigate assets and liabilities.  KMH |

| Initial Projected Date Of Final Report (TFR): | 06/30/2022 | Current Projected Date Of Final Report (TFR): | 12/31/2022 | /s/ KELLY M. HAGAN |
|---|---|---|---|---|
| | | | | KELLY M. HAGAN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 20-01896 | | Trustee Name: | Kelly M. Hagan |
| --- | --- | --- | --- | --- |
| Case Name: | INPHASTOS PLANT 01, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9683 | | Checking Acct #: | ******0153 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/02/2020 | | Repocast.com, Inc | 2 - trailer proceeds from auction sale | * | $10,612.78 | | $10,612.78 |
| | {8} | | Gross proceeds from sale p/o 10/27/20 DN 133 lot 2-30650, $6,825.00 | 1129-000 | | | $10,612.78 |
| | | | Repocast.com commission p/o 12/17/20 DN 153 ($1,313.50) | 3630-000 | | | $10,612.78 |
| | | | Repocast.com expenses p/o 12/17/20 DN 153 Pick up fee invoice #209192 ($292.50) | 3640-000 | | | $10,612.78 |
| | {9} | | Gross proceeds from sale p/o 10/27/20 DN 133 lot 2-30683 $6,310.00 | 1129-000 | | | $10,612.78 |
| | | | Repocast.com expenses paid p/o 12/17/20 DN 153 $630.00; Penske truck rental $286.22 ($916.22) | 3640-000 | | | $10,612.78 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.77 | $10,597.01 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.22 | $10,582.79 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.73 | $10,567.06 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.19 | $10,551.87 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.68 | $10,536.19 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.15 | $10,521.04 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.63 | $10,505.41 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.61 | $10,489.80 |
| 09/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.08 | $10,474.72 |
| 10/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.56 | $10,459.16 |
| 11/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.04 | $10,444.12 |
| 12/01/2021 | 3001 | Insurance Partners Agency, Inc. | bond payment 11/1/2021-11/1/2022 | 2300-000 | | $3.93 | $10,440.19 |
| 12/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.52 | $10,424.67 |
| 01/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.49 | $10,409.18 |
| 02/20/2022 | (2) | Ceridian | unclaimed funds | 1129-000 | $334.96 | | $10,744.14 |
| | | | **SUBTOTALS** | | **$10,947.74** | **$203.60** | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 20-01896 | Trustee Name: | Kelly M. Hagan |
| Case Name: | INPHASTOS PLANT 01, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9683 | Checking Acct #: | ******0153 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.05 | $10,730.09 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.94 | $10,714.15 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.41 | $10,698.74 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $15.90 | $10,682.84 |
| 06/07/2022 | 3002 | A. L. Mitchell & Associates | /Fees p/o 6/7/2022 DN 252 | 3410-000 | | $832.50 | $9,850.34 |
| 06/07/2022 | 3003 | Beadle Smith, PLC | Fees p/o 6/7/2022 DN 251 | 3210-000 | | $3,649.24 | $6,201.10 |
| 06/07/2022 | 3004 | Beadle Smith, PLC | Expense p/o 6/7/2022 DN 251 | 3220-000 | | $2,649.55 | $3,551.55 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.80 | $3,539.75 |

|  | | |
|---|---|---|
| TOTALS: | $10,947.74 | $7,407.99 | $3,539.75 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $10,947.74 | $7,407.99 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $10,947.74 | $7,407.99 | |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 12/02/2020 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $334.96 | Total Compensable Receipts: | $13,469.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $334.96 | Total Comp/Non Comp Receipts: | $13,469.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,316.25 | Total Compensable Disbursements: | $9,930.21 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,316.25 | Total Comp/Non Comp Disbursements: | $9,930.21 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| | |  | |
|---|---|---|---|
| Case No. | 20-01896 | Trustee Name: | Kelly M. Hagan |
| Case Name: | INPHASTOS PLANT 01, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9683 | Checking Acct #: | ******0153 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $10,947.74 | $7,407.99 | $3,539.75 |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 12/02/2020 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $334.96 | Total Compensable Receipts: | $13,469.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $334.96 | Total Comp/Non Comp Receipts: | $13,469.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,316.25 | Total Compensable Disbursements: | $9,930.21 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,316.25 | Total Comp/Non Comp Disbursements: | $9,930.21 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ KELLY M. HAGAN

KELLY M. HAGAN